702

Aizen et al., Appellants, *v.* State Automobile Insurance Association.

Argued September 11, 1972. *Richard S. March,* with him *Galfand, Berger, Senesky, Lurie & March,* for appellant; *Byron L. Milner,* with him *Bennett, Bricklin & Saltzburg,* for appellee.

Order affirmed.

Brown, Appellant, *v.* Philadelphia Transportation Company.

Argued September 19, 1972. *Harry J. Oxman,* with him *Silverberg, Oxman and Levitan,* for appellant; *William T. Coleman, Jr., Robert W. Maris, John M. Fitzpatrick,* and *Dilworth, Paxson, Kalish, Levy & Coleman,* for appellee.

Order affirmed.

Byrd, Appellant, *v.* Olin.

Argued September 18, 1972. *James C. Brennan,* with him *Hinkson & Cantlin,* for appellant; *George J. McConchie,* with him *Cramp, D'Iorio, McConchie and Surrick,* for appellee.

Judgment affirmed; reargument refused November 20, 1972.

HOFFMAN and PACKEL, JJ., absent.